June 16, 2006

Mr. P. Michael Jung
Strasburger & Price, L.L.P.
901 Main Street, Suite 4400
Dallas, TX 75202-3794

Mr. David F. Farris
Lively, Padfield & Stout
777 Main Street, Suite 1920
Fort Worth, TX 76102
Ms. Constance M. Maher
The Maher Law Firm
3020 Matlock Road, Suite 120
Arlington, TX 76015-2901

RE: Case Number: 04-0933
 Court of Appeals Number: 02-02-00323-CV
 Trial Court Number: 236-180975-99

Style: THE CITY OF GRAPEVINE, TEXAS
 v.
 AMY SIPES AND TANA (TREVINO) WADDELL

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Lavake |
| |Mr. Thomas A. |
| |Wilder |
| |Mr. Philip A. |
| |Lionberger |
| |Ms. Lauren K. Ford |
| |Mr. Ryan D. Clinton|